

**NUMBER 13-15-00246-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**STRIPES LLC,**                                                                                   **Appellant,**

**v.**

**HAZZEM MRAYYAN,**                                                                       **Appellee.**

---

**On appeal from the County Court at Law No. One
of Nueces County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

On June 1, 2015 this Court granted appellant Stripes LLC's motion for an emergency stay pending appeal of a hearing set for June 4, 2015 on appellee's motion to lift the trial court's previous order staying the case pending binding arbitration. At this Court's request, appellee filed a response the same day.

Appellant argues that if the trial court rules on appellee's motion then it will interfere with this Court's jurisdiction over appellant's appeal of the temporary injunction. However, the Supreme Court of Texas discourages postponing a trial on the merits while awaiting rulings on an appeal of a temporary injunction "absent compelling circumstances." *Coal. of Cities for Affordable Util. Rates v. Third Court of Appeals*, 787 S.W.2d 946, 947 (Tex.1990) (per curiam); *see* TEX. R. CIV. P. 683 ("The appeal of a temporary injunction shall constitute no cause for delay of the trial"). Appellant makes several arguments regarding the possible effect of the trial court's decision on the merits of appellee's motion, but an appeal of a temporary injunction may not be used to obtain an advance decision on the merits of a case. *In re Tex. Bd. of Pardons & Paroles*, 989 S.W.2d 360, 362 (Tex. 1998) (orig. proceeding); *Iranian Muslim Org. v. City of San Antonio*, 615 S.W.2d 202, 208 (Tex.1981).

The Court, having examined and fully considered the motion for emergency stay, appellee's response, and the exhibits attached to both documents, is of the opinion that the stay should be lifted. Accordingly, the stay imposed by our order of June 1, 2015 is hereby LIFTED.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of June, 2015.